**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BOS GMBH & CO. KG, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:11-cv-02363 |
| v. ) | |
| ) | Honorable Charles R. Norgle, Sr. |
| MACAUTO INDUSTRIAL CO., LTD., ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), BOS GmBH & Co. KG and Macauto Industrial Co., Ltd. stipulate to the dismissal of this action without prejudice and that the parties will bear their own costs, expenses and attorneys' fees. The parties further stipulate that Macauto Industrial Co. Ltd. and related Macauto Industrial Co. Ltd. entities, including its subsidiaries, will waive service of process pursuant to Fed. R. Civ. P. 4(d), while preserving and expressly not waiving any and all objections and defenses, including that there is no factual basis for naming Macauto Industrial Co. Ltd. as a defendant, in any future action involving U.S. Patent No. 6,422,291 that is initiated in the U.S. District Court for the Western District of New York.

Date: November 3, 2011                    Respectfully submitted,

| *Attorneys for BOS GmbH & Co. KG* | *Attorneys for Macauto Industrial Co. Ltd.* |
|---|---|
| /s/ David M. Airan | /s/ Russell E. Levin |
| LEYDIG, VOIT & MAYER, LTD. | Russell E. Levine, P.C. |
| Dennis R. Schlemmer (IL #2487349) | Craig D. Leavell |
| David M. Airan (IL #6215687) | KIRKLAND & ELLIS LLP |
| Kevin C. Keenan (IL #6293101) | 300 North LaSalle Street |
| Two Prudential Plaza, Suite 4900 | Chicago, Illinois 60654 |
| Chicago, Illinois 60601-6780 | Telephone: (312) 862-2466 |

| | |
|---|---|
| (312) 616-5600 (tel)<br>(312) 616-5700 (fax)<br>dschlemmer@leydig.com<br>dairan@leydig.com<br>kkeenan@leydig.com | Facsimile: (312) 862-2200<br>russell.levine@kirkland.com<br>craig.leavell@kirkland.com<br><br>Peter C. Chen<br>Law Offices of Peter C. Chen<br>12021 Bertha Street<br>Cerritos, California 90703<br>Telephone: (202) 247-7297<br>Facsimile: (202) 688-1850<br>pchen@lawyer.com |

**CERTIFICATE OF SERVICE**

       The undersigned attorney hereby certifies that on November 3, 2011, a true and correct copy of the foregoing JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE was served as noted below on the following counsel of record:

By FedEx and Email
Russell E. Levine, P.C.
Craig D. Leavell
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2466
Facsimile: (312) 862-2200
russell.levine@kirkland.com
craig.leavell@kirkland.com

By FedEx and Email
Peter C. Chen
Law Offices of Peter C. Chen
12021 Bertha Street
Cerritos, CA 90703
(202) 247-7297 (tel)
(202) 688-1850 (fax)
pchen@lawyer.com

                    /s/ Kevin C. Keenan
                    Kevin C. Keenan